**Solomon ROTH, Petitioner,**

v.

**THIRD NATIONAL BANK & TRUST CO. OF SCRANTON; Donald J. Fendrick and Nogi, Appleton, Weinberger & Wren, Respondents.**

**Jay ROTH, Petitioner,**

v.

**THIRD NATIONAL BANK & TRUST CO. OF SCRANTON; Donald J. Fendrick and Nogi, Appleton, Weinberger & Wren, Respondents.**

**Gladys KREMEN, Petitioner,**

v.

**THIRD NATIONAL BANK & TRUST CO. OF SCRANTON; Donald J. Fendrick and Nogi, Appleton, Weinberger & Wren, Respondents.**

**Betsy MOSS, Petitioner,**

v.

**THIRD NATIONAL BANK & TRUST CO. OF SCRANTON; Donald J. Fendrick and Nogi, Appleton, Weinberger & Wren, Respondents.**

Supreme Court of Pennsylvania.

July 21, 1998.

## *ORDER*

**PER CURIAM**

AND NOW, this 21st day of July, 1998, the petitions for allowance of appeal are granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Lackawanna County for consideration of the motion for judgment of non pros in light of the decision of this Court in *Jacobs v. Halloran*, —— Pa. ——, 710 A.2d 1098 (Pa. 1998).